PROB 12C
(6/16)

Report Date: March 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jaime Flores         Case Number: 0980 2:17CR00129-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 5, 2019

| | |
|---|---|
| Original Offense: | Count 1: Possession with Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(b)(I) |
| | Count 2: Possession with Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(b)(I) |
| Original Sentence: | Prison - 36 months      Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: January 24, 2020 |
| Defense Attorney: | Kent Neil Doll, Jr       Date Supervision Expires: January 23, 2025 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Flores is considered to be in violation of his conditions of supervised release by being in possession of methamphetamine, fentanyl, and heroin on or before February 20, 2021.<br><br>Mr. Flores commenced supervised release on January 24, 2020. His conditions of supervised release were reviewed with him on January 28, 2020. Mr. Flores signed a copy of his conditions indicating an understanding of them, specifically mandatory condition number 2, as noted above.<br><br>Mr. Flores contacted the undersigned officer on February 22, 2021, advising he was contacted by law enforcement in the Spokane area the previous weekend, approximately February 16, 2021. Mr. Flores stated he had made a mistake and believes he will be charged |

Prob12C
Re: Flores, Jaime
March 24, 2021
Page 2

with another federal drug crime.

Police reports were received about this incident on March 19, 2021. Police reports indicate that the Spokane Police Department and the Federal Bureau of Investigation's (FBI) Southeast Washington Safe Streets Task Force were investigating Mr. Flores for distributing controlled substances. Based on the information law enforcement obtained, a search warrant was approved for 421 N. Evergreen Road, Spokane Valley, Washington.

The search warrant was served on February 20, 2021. During the execution of the warrant, Mr. Flores was found to be at the residence with his girlfriend and a toddler-aged child. Once detained, Mr. Flores was read his constitutional rights. Mr. Flores admitted to selling large amounts of methamphetamine, usually dealing in 1 to 2 pound quantities. Mr. Flores reported he purchases the pound of methamphetamine for $2500 and sells the pound of methamphetamine for $3000.

During the search the following items were found in the home: $727 in cash and a black Samsung cellular telephone from Mr. Flores' pants pocket; $20 from Mr. Flores' wallet in the master bedroom; $2000 from Mr. Flores' wall safe in the master bedroom; 2 baggies of crystal substance from Mr. Flores' girlfriend's brown purse in the master bedroom; a functional drug scale with residue from the master bedroom; Mr. Flores' identification from the closet above the safe in the master bedroom; a functional drug scale with residue from the safe in the master bedroom; 915 suspected fentanyl pills from the safe in the master bedroom; a crystal substance from a wooden cabinet in the master bedroom; a baggie with heroin residue from the basement living room; a crystal substance from the basement living room, which field tested positive for methamphetamine; three flip phones from the garage; baggies with a white substance from the garage; and packaging and cutting agents from the garage.

In a follow up interview with the agents from the FBI conducted on March 10, 2021, Mr. Flores admitted to buying and selling pounds of methamphetamine; buying and selling fentanyl pills. He further elaborated he would resupply about two times per week, purchasing approximately 500 to 600 pills each time; and buying heroin from a supplier in Hermiston, Oregon.

2          **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Flores is considered to be in violation of his conditions of supervised release by failing to notify U.S. Probation of a change of residence since February 20, 2021

Mr. Flores commenced supervised release on January 24, 2020. His conditions of supervised release were reviewed with him on January 28, 2020. Mr. Flores signed a copy of his conditions indicating an understanding of them, specifically standard condition number 5, as noted above.

Prob12C
**Re: Flores, Jaime**
**March 24, 2021**
Page 3

Mr. Flores contacted the undersigned officer on February 22, 2021, advising he was contacted by law enforcement in the Spokane area the previous weekend, approximately February 16, 2021. Mr. Flores stated he had made a mistake and believes he will be charged with another federal drug crime.

Police reports were received about this incident on March 19, 2021. Police reports indicate that the Spokane Police Department and the Federal Bureau of Investigation's (FBI) Southeast Washington Safe Streets Task Force were investigating Mr. Flores for distributing controlled substances. Based on the information law enforcement obtained, a search warrant was approved for 421 N. Evergreen Road, Spokane Valley, Washington.

Police reports indicate numerous confidential informants provided information that Mr. Flores was living at the 421 N. Evergreen Road residence in Spokane Valley, Washington. Physical surveillance at this residence revealed Mr. Flores was indeed staying at this residence with his girlfriend, and his vehicles, a black 2006 Range Rover and a gray 2005 Infiniti, were also seen at this residence.

During the course of the investigation, an FBI intelligence analyst performed a comprehensive internet database search to locate an address for Mr. Flores. Based on their research, the address for Mr. Flores returned as 421 N. Evergreen Road, Spokane Valley, Washington.

Investigating agents also utilized a search of social media. Mr. Flores' social media profile was found. It included pictures of him and identified him as living in Spokane, Washington.

The search warrant was served on February 20, 2021. During the execution of the warrant, Mr. Flores was found to be at the residence with his girlfriend and a toddler-aged child. Once detained, Mr. Flores was read his constitutional rights. Mr. Flores' wallet and other items of dominion were obtained during the search.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/24/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Flores, Jaime**
**March 24, 2021**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

3/25/2021
Date