PROB 12C
(6/16)

Report Date: July 15, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jaime Flores | Case Number: 0980 2:17CR00129-RMP-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: March 5, 2019

| | |
|---|---|
| Original Offense: | Counts 1-2: Possession with Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B)(I) |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Bevan J. Maxey |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 24, 2020

Date Supervision Expires: January 23, 2025

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 3/25/2021.

Mr. Flores' conditions of supervised release were reviewed with him on January 28, 2020. He signed a copy of his conditions form acknowledging an understanding of his conditions of supervised release on the same date.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Flores is considered to be in violation of his conditions of supervised release by being charged with a federal crime, Possession with Intent to Distribute 40 Grams or More of Fentanyl, Eastern District of Washington docket number 2:21CR00094-RMP-1, on July 20, 2021.<br><br>On February 20, 2021, a search warrant was served at 421 North Evergreen Road, Spokane Valley, Washington. Mr. Flores was found to be at the residence with his girlfriend and a toddler-aged child. Mr. Flores was detained and read his constitutional rights. Mr. Flores admitted to selling large amounts of methamphetamine, usually in 1 to 2 pound quantities, which he purchases for $2,500 a pound, and would sell for $3,000 a pound.<br><br>During the search of the residence the following items were found: $727 in cash and a black Samsung cellular telephone from Mr. Flores' pants pocket; $20 from Mr. Flores' wallet in the master bedroom; $2,000 from Mr. Flores' wall safe in the master bedroom; 2 baggies of a crystal substance from Mr. Flores' girlfriend's brown purse in the master bedroom; a |

Prob12C
Re: Flores, Jaime
July 15, 2022
Page 2

functional drug scale with residue from the master bedroom; Mr. Flores' identification from the closet above the safe in the master bedroom; a functional drug scale with residue from the safe in the master bedroom; 915 suspected fentanyl pills from the safe in the master bedroom; a crystal substance from a wooden cabinet in the master bedroom; a baggie with heroin residue from the basement living room; a crystal substance from the basement living room, which field tested positive for methamphetamine; 3 flip phones from the garage; baggies with a white substance from the garage; packaging and cutting agents from the garage.

In a follow up interview with the agents from the Federal Bureau of Investigation conducted on March 10, 2021, Mr. Flores admitted to buying and selling pounds of methamphetamine and buying and selling fentanyl pills. Mr. Flores further elaborated he would resupply about 2 times per week, purchasing approximately 500 to 600 pills each time. He also admitted to buying heroin from a supplier in Hermiston, Oregon.

Mr. Flores was indicted on July 20, 2021. He is currently scheduled for a pretrial conference on July 28, 2022, and for a jury trial on August 8, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 15, 2022

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Rosanna Malouf Peterson

Signature of Judicial Officer

7/15/2022

Date